UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Novie Dale Carmen, individually and as Representatives of the Classes,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Health Carousel, LLC,<br><br>　　　　Defendant. | Case No. 1:20cv00313<br><br>Judge Douglas R. Cole<br><br>**STIPULATED EXTENSION OF TIME TO MOVE TO DISMISS AND JOINT MOTION FOR EXTENDED BRIEFING SCHEDULE AND NOTICE REGARDING PROPOSED CASE SCHEDULE** |

Pursuant to S.D. Ohio Civ. R. 6.1(a), Plaintiffs Novie Dale Carmen and Jerlin Amistoso, individually and as Representatives of the Classes, and Defendant Health Carousel, LLC, hereby stipulate to an extension of time for Defendant to move in response to Plaintiffs' Second Amended Complaint. Additionally, the Parties jointly move the Court to adopt the following briefing schedule with respect to Defendant's forthcoming motions to dismiss and/or stay and provide the Court an update on the Parties' proposed case schedule:

EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT

　　　1.　　Defendant shall have an extension of 14 days, to and including December 14, 2021, to move to dismiss Plaintiffs' Second Amended Complaint.

　　　2.　　Defendant has not sought any prior extensions to its deadline to move to dismiss Plaintiff's Second Amended Complaint.

BRIEFING SCHEDULE FOR MOTION TO DISMISS

　　　3.　　Plaintiffs shall have 10 additional days, or a total of 31 days after the service of Defendant's motion to dismiss, to file a memorandum in opposition.

4. Any reply memorandum shall be filed within 14 days after the date of service of the memorandum in opposition, pursuant to S.D. Ohio Civ. R. 7.2(a)(2).

## BRIEFING SCHEDULE FOR MOTION TO STAY

5. Defendant also believes it likely that it will move to stay litigation while the motion to dismiss is pending. Plaintiffs would oppose any such motion. Should Defendant move to stay, the Parties respectfully request that briefing on that motion to run concurrent with Defendant's motion to dismiss. In other words, the Parties respectfully request the same briefing schedule with respect to the motion to stay as they have requested with respect to the motion to dismiss.

## NOTICE REGARDING PROPOSED CASE SCHEDULE

6. On September 29, 2021, we filed the Parties' Amended Joint Discovery Plan (ECF No. 35). Subsequently, counsel met and conferred about discovery issues. In the course of meeting and conferring, counsel realized that the parties did not have the same understanding of the purpose and intent of the limitations and dates reflected in the Amended Joint Discovery Plan.

7. Since that time, the Parties have continued to discuss case scheduling, and Plaintiffs have filed a Second Amended Complaint to add claims and classes, along with an additional Plaintiff. (ECF No. 38.)

8. In light of the foregoing, the Parties are working towards an agreement on a revised plan for discovery and a case schedule. They anticipate submitting a joint (or, if necessary, competing versions of a) proposed case schedule on or before December 14, once Defendant has decided on whether and to what extent it will move to stay.

Respectfully submitted,

DATE: November 29, 2021

| **NICHOLS KASTER, PLLP** | **TAFT STETTINIUS & HOLLISTER LLP** |
|---|---|
| */s/ Anna P. Prakash (per authorization)* | */s/ Beth A. Bryan* |
| Anna P. Prakash, MN Bar No. 0351362* | Beth A. Bryan (0082076) |
| aprakash@nka.com | Russell S. Sayre (0047125) |
| Nicole J. Schladt, MN Bar No. 0400234* | Brian A. Morris (0093530) |
| nschladt@nka.com | Spencer S. Cowan (0099556) |
| 4700 IDS Center | 425 Walnut Street, Suite 1800 |
| 80 South 8th Street | Cincinnati, Ohio 45202 |
| Minneapolis, MN 55402 | Telephone: (513) 357-9460 |
| Phone: (612) 256-3200 | Facsimile: (513) 381-0205 |
| Fax: (612) 338-4878 | sayre@taftlaw.com |
| | bryan@taftlaw.com |
| **BARKAN MEIZLISH DEROSE COX, LLP** | bmorris@taftlaw.com |
| | scowan@taftlaw.com |
| Robert E. DeRose (OH Bar No. 0055214) | |
| bderose@barkanmeizlish,com | *Attorneys for Health Carousel, LLC* |
| 250 East Broad Street, 10th Floor | |
| Columbus, OH 43215 | |
| Phone: (614) 221-4221 | |
| Fax: (614) 744-2300 | |

**DONATI LAW**

Bryce Ashby, TN Bar No. 026179*
bryce@donatilaw.com
1545 Union Avenue
Memphis, TN 38104
Phone: (901) 209-5500

**TOWARDS JUSTICE**

Valerie Collins, MD Bar*
David H. Seligman CO Bar No. 49394*
valerie@towardsjustice.org
david@towardsjustice.org
PO Box 371680
PMB 44465
Denver, CO 80237-5680
Phone: (720) 295-1672

71911588v1

**GUPTA WESSLER, PLLC**
Jennifer Dale Bennett CA Bar No. 296726*
jennifer@guptawessler.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 573-0336
Fax: (202) 888-7792

* admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Classes*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above was filed electronically on November 29, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Beth A. Bryan*