# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **NOVIE DALE CARMEN**, **ET AL.**, | ) | Case No. 1:20-cv-00313 |
| | ) | |
| Plaintiffs, | ) | Judge Douglas R. Cole |
| v. | ) | |
| | ) | |
| **HEALTH CAROUSEL, LLC,** | ) | **DEFENDANT HEALTH** |
| | ) | **CAROUSEL, LLC'S UNOPPOSED** |
| Defendant. | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME TO RESPOND TO** |
| | ) | **PLAINTIFFS' PROPOSED THIRD** |
| | ) | **AMENDED COMPLAINT** |

Defendant Health Carousel, LLC, moves this Court for an order extending the time to respond to Plaintiff's proposed Third Amended Complaint. Health Carousel's deadline to respond to Plaintiffs' Second Amended Complaint is December 14, 2021. However, on December 9, 2021, Plaintiffs informed Health Carousel that they intend to seek leave to file a Third Amended Complaint for the sole purpose of adding an additional Named Plaintiff. Health Carousel does not oppose Plaintiffs' Motion for Leave, which Plaintiffs intend to file this week. Thus, Health Carousel seeks to postpone its response deadline until fourteen days after this Court decides Plaintiffs' forthcoming Motion for Leave. Plaintiffs do not oppose this Motion.

Respectfully submitted,

/s/ *Russell S. Sayre*
Russell S. Sayre (0047125)
Beth A. Bryan (0082076)
Brian A. Morris (0093530)
Kenneth A. Foisy (0095904)
Spencer S. Cowan (0099556)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 357-9460

Facsimile: (513) 381-0205
sayre@taftlaw.com
bryan@taftlaw.com
bmorris@taftlaw.com
kfoisy@taftlaw.com
scowan@taftlaw.com

*Attorneys for Health Carousel, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above was filed electronically on December 13, 2021.  Notice of this filing will be sent to all parties through the Court's electronic filing system.

/s/ *Russell S. Sayre*