UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**NOVIE DALE CARMEN,**

    Plaintiff,

    v.

**HEALTH CAROUSEL, LLC,**

    Defendant.

Case No. 1:20-cv-313
JUDGE DOUGLAS R. COLE

### AMENDED SCHEDULING ORDER

This cause comes before the Court on the Parties' Joint Motion to Extend Deadlines (Doc. 68). The Court hereby **GRANTS** the Motion. The deadlines, agreed to by the parties, are amended as follows:

| Event | Date |
| --- | --- |
| 1. Class certification fact discovery closes | December 22, 2023 |
| 2. Class certification expert disclosures | January 15, 2024 |
| 3. Class certification rebuttal expert disclosures | February 15, 2024 |
| 4. Class certification expert discovery closes | March 15, 2024 |
| 5. Motion for class certification filed | April 1, 2024 |
| 6. Merits/damages fact discovery closes | 90 days following the Court's order on class certification |
| 7. Merits/damages expert disclosures | 120 days following the Court's order on class certification |
| 8. Merits/damages rebuttal expert disclosures | 150 days following the Court's order on class certification |
| 9. Merits/damages expert discovery closes | 180 days following the Court's order on class certification |

| 10. Dispositive motions filed | On or before 210 days following the Court's order on class certification |
|---|---|
| 11. Remaining pre-trial deadlines | To be set by the Court following orders on dispositive motions |
| 12. Trial | To be set by the Court following orders on dispositive motions |

**SO ORDERED.**

November 14, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**