UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Novie Dale Carmen, Jerlin C. Amistoso, and Kersteen B. Flores, individually and as Representatives of the Classes,<br><br>    Plaintiffs,<br><br>v.<br><br>Health Carousel, LLC,<br><br>    Defendant. | Case No. 1:20cv00313<br>Judge Douglas R. Cole<br><br>**JOINT BRIEF REGARDING ADDITIONALLY OMITTED CLASS MEMBERS** |

Pursuant to the Court's December 18, 2024 Order Regarding Notice for Additionally Omitted Class Members, ECF No. 99, Plaintiffs Novie Dale Carmen, Jerlin C. Amistoso, and Kersteen B. Flores (collectively, "Plaintiffs") and Defendant Health Carousel, LLC ("Defendant") jointly submit this brief and state the following:

1. The 69 people who were previously omitted from notice (the "Additionally Omitted Class Members") received notice from the Settlement Administrator on January 6, 2025 by e-mail, text, and phone call consistent with the notices that the Court approved earlier in this case.

2. The Additionally Omitted Class Members were permitted thirty days to opt out of or object to the Settlement.

3. The thirty-day notice period concluded on February 5, 2025.

4. At this time, none of the 69 Additionally Omitted Class Members have notified the parties or the Settlement Administrator of any objection to the settlement or request for exclusion.

5. The parties consent to the Court deciding the pending motions for final approval and related fees, costs, administrative costs, and service payments without holding an additional hearing.

Dated: February 11, 2025

| **NICHOLS KASTER, PLLP** | **TAFT STETTINIUS & HOLLISTER LLP** |
|---|---|
| s/ *Anna P. Prakash*<br>Anna P. Prakash, MN Bar No. 0351362*<br>Joshua R. O'Neill, NY Bar No. 5914676*<br>aprakash@nka.com<br>joneill@nka.com<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Phone: (612) 256-3200<br>Fax: (612) 338-4878 | s/ *Beth A. Bryan*<br>Beth A. Bryan (0082076)<br>Spencer S. Cowan (0099556)<br>Russell S. Sayre (0047125)<br>Kenneth A. Foisy (0095904)<br>425 Walnut Street, Suite 1800<br>Cincinnati, Ohio 45202<br>Telephone: (513) 357-9460<br>Facsimile: (513) 381-0205<br>bryan@taftlaw.com<br>scowan@taftlaw.com |
| **BARKAN MEIZLISH DEROSE COX, LLP**<br>Robert E. DeRose (OH Bar No. 0055214)<br>4200 Regent Street, Suite 210<br>Columbus, OH 43219<br>Phone: (614) 221-4221<br>Facsimile: (614) 744-2300<br>bderose@barkanmeizlish.com | *ATTORNEYS FOR HEALTH CAROUSEL, LLC* |

**DONATI LAW**
bryce@donatilaw.com
1545 Union Avenue
Memphis, TN 38104
Phone: (901) 209-5500

David H. Seligman, CO Bar No. 49394*
Valerie Collins, MD Bar*
**TOWARDS JUSTICE**
david@towardsjustice.org
PO Box 371680
PMB 44465
Denver, CO 80237-5680
Phone: (720) 295-1672

Jennifer Dale Bennett CA Bar No. 296726*
**GUPTA WESSLER, PLLC**
jennifer@guptawessler.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 573-0336
Fax: (202) 888-7792

*CLASS COUNSEL*
*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above was filed electronically on February 11, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s Anna P. Prakash</u>
Anna P. Prakash