## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Novie Dale Carmen, Jerlin C. Amistoso, and Kersteen B. Flores, individually and as Representatives of the Classes, | Case No. 1:20cv00313<br>Judge Douglas R. Cole |
| Plaintiffs, | **STIPULATION REGARDING NOTICE FOR ADDITIONALLY OMITTED CLASS MEMBERS** |
| v. | |
| Health Carousel, LLC, | |
| Defendant. | |

WHEREAS, the Court conducted the Final Approval Hearing in this matter on October 23, 2024.

WHEREAS, in March 2025, the parties learned that Health Carousel had inadvertently identified one class member, Ralph Quimiguing, as not being eligible to opt-in to the FLSA portion of the parties' proposed settlement, although Mr. Quimiguing previously paid a "breach fee" to Health Carousel and should have been eligible to opt-in to the FLSA portion of the proposed settlement.

WHEREAS, under the Settlement and according to Mr. Quimiguing, had Health Carousel correctly classified him as eligible to opt into the FLSA portion of the Settlement and had he received notice and a tear-off opt-in form, he would have opted in. He would have then been eligible to receive approximately $1,843 more than the allocation he would have received as an absent class member. (or more depending on the funds available after the Court rules on Class Counsel's pending motion for fees, costs, administrative expenses, and service awards).

WHEREAS, due to a change in address, although Mr. Quimiguing did not receive any notice or learn about this Settlement until January of 2025, he is the only class member of which the parties are aware who was placed in the incorrect allocation bucket, i.e., as not eligible to join the FLSA portion of the Settlement.

WHEREAS, Mr. Quimiguing submits his consent to join form, which is attached as Exhibit A.

WHEREFORE, the parties stipulate and agree to the following subject to Court approval:

1.      Should the Court grant final approval and enter this stipulation, Health Carousel will pay Mr. Quimiguing his initial allocation plus the $1,843 more (or a greater amount depending on funds available after the Court rules on Class Counsel's pending motion for fees, costs, administrative expenses, and service payments). Mr. Quimiguing will be eligible to receive the same benefits as class members who were eligible to opt-in to the FLSA portion of the Settlement and received notice. However, the addition of Mr. Quimiguing will not alter the allocations already summarized and presented to the Court. Health Carousel will instead contribute an additional $1,843 above the Gross Settlement Amount.

2.      The parties understand that this stipulation will have no force or effect until and unless approved by the Court, either on the "So Ordered" line below or in the Court's forthcoming order on Final Approval.

SO ORDERED:

_____
United States District Court Judge

Stipulated and agreed to by the parties on this 18th day of March, 2025.

**NICHOLS KASTER, PLLP**

s/ Anna P. Prakash

Anna P. Prakash, MN Bar No. 0351362*
Joshua R. O'Neill, NY Bar No. 5914676*
aprakash@nka.com
joneill@nka.com
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax: (612) 338-4878

**BARKAN MEIZLISH DEROSE COX, LLP**
Robert E. DeRose (OH Bar No. 0055214)
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeizlish.com

**DONATI LAW**
bryce@donatilaw.com
1545 Union Avenue
Memphis, TN 38104
Phone: (901) 209-5500

David H. Seligman, CO Bar No. 49394*
Valerie Collins, MD Bar*
**TOWARDS JUSTICE**
david@towardsjustice.org
PO Box 371680
PMB 44465
Denver, CO 80237-5680
Phone: (720) 295-1672

Jennifer Dale Bennett CA Bar No. 296726*
**GUPTA WESSLER, PLLC**
jennifer@guptawessler.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 573-0336
Fax: (202) 888-7792

**TAFT STETTINIUS & HOLLISTER LLP**

s/ Beth A. Bryan

Beth A. Bryan (0082076)
Spencer S. Cowan (0099556)
Russell S. Sayre (0047125)
Kenneth A. Foisy (0095904)
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 357-9460
Facsimile: (513) 381-0205
bryan@taftlaw.com
scowan@taftlaw.com

*ATTORNEYS FOR HEALTH CAROUSEL, LLC*

*CLASS COUNSEL*
*admitted pro hac vice

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above was filed electronically on March 18, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s Anna P. Prakash</u>
Anna P. Prakash